UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PSYCHWIRE AUSTRALIA PTY LTD,<br>Plaintiff(s),<br>v.<br>JOAN IFLAND, et al.,<br>Defendant(s). | CASE NO. C26-3855-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING |

Before the Court is Plaintiff's Unopposed Motion to Extend the Deadline for Defendants to File Responsive Pleading. Dkt. No. 13. The Court **GRANTS** the motion. It is **ORDERED** that the deadline for Defendants to file a responsive pleading to the Complaint is continued to December 19, 2026.

Dated this 19th day of November, 2026.

Kymberly K. Evanson
United States District Judge